FILED

NOV 1 3 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, *EX RELATOR*,
MONTGOMERY BLAIR SIBLEY, 4000
MASSACHUSETTS AVE., N.W., #1518,
WASHINGTON, D.C. 20016, 202-478-0371,

                    PETITIONER,

VS.

BARRACK HUSSEIN OBAMA, II,
1600 PENNSYLVANIA AVENUE,
WASHINGTON, D.C. 20500
202-456-1414,
                RESPONDENT.

_____/

CASE NO.:

**CERTIFIED PETITION FOR WRIT OF QUO WARRANTO**

**JURY TRIAL REQUESTED**

Case: 1:12-cv-01832
Assigned To : Wilkins, Robert L.
Assign. Date : 11/13/2012
Description: Pro Se Gen. Civil

Petitioner, Montgomery Blair Sibley ("Sibley"), pursuant to 28 U.S.C. §1746, states that the

matters stated herein are true under penalty of perjury and sues Respondent Barack Hussein Obama,

II ("Obama").

### INTRODUCTION

1.      By this lawsuit, Sibley seeks issuance of a Writ of Quo Warranto to Obama requiring

him to show by what warrant he holds and will hold again the public office of President of the

United States upon the allegations contained herein that Obama is <u>neither</u>: (i) a United States Citizen

<u>nor</u> (ii) a "natural born Citizen", both of which are conditions precedent to holding the office of

President of the United States according to Article II, §1, of the U.S. Constitution which is "the

supreme Law of the Land" according to Article VI, §2, of the U.S. Constitution

### JURISDICTION AND VENUE

2.      Jurisdiction of this Court is invoked pursuant to: (i) 28 U.S.C. §1331, (ii) 28 U.S.C.

1

§1343(a), and (iii) D.C. Code, Division II, Title 16, Chapter 35.

3. Venue in this district is proper under 28 U.S.C. §1391(b)(2) as a substantial part of the events or omissions giving rise to the claims herein occurred in the District of Columbia.

## GENERAL ALLEGATIONS

4. Sibley, is a "natural born Citizen" of the United States as he was born in 1956 in Rochester, New York, the child of two United States citizens, Harper Sibley, Jr. and Beatrice Blair Sibley and has continuously resided in the United States since his birth. As such, due to the nature of his citizenship, age and residence, he is eligible pursuant to Article II, §1, of the U.S. Constitution to serve as President of the United States.

5. On November 11, 2011, Sibley formally announced his candidacy for the Office of President and qualified as a Write-In candidate for that Office by filing with the District of Columbia Board of Elections and Ethics his "Affirmation of Write-In Candidacy". A copy is attached hereto as Exhibit "A".

6. "[C]itizenship by birth is established by the mere fact of birth under the circumstances defined in the Constitution. Every person born in the United States, and subject to the jurisdiction thereof, becomes at once a citizen of the United States, and needs no naturalization." *United States v. Wong Kim Ark*, 169 U.S. 649, 702 (1898). Congress has first defined the circumstances that qualify for U.S. Citizenship-by-birth at 8 U.S.C. §1401(a) – "Nationals and citizens of United States at birth" which states: "The following shall be nationals and citizens of the United States at birth: (a) a person born in the United States, and subject to the jurisdiction thereof." In the case of Obama as alleged below, there is a substantial question of whether Obama was "born in the United States" and thus whether Obama is a U.S. Citizen-by-birth by action of §1401(a).

7.       Alternatively, Congress at 8 U.S.C. §1401(g) recognizes Citizenship-by-birth which, at the time of Obama's birth in 1962, in pertinent part stated: "The following shall be nationals and citizens of the United States at birth: (g) a person born outside the geographical limits of the United States and its outlying possessions of parents one of whom is an alien, and the other a citizen of the United States who, prior to the birth of such person, was physically present in the United States or its outlying possessions for a period or periods totaling not less than ten years, at least five of which were after attaining the age of fourteen years." Obama's mother, Stanley Ann Dunham was born on November 29, 1942. When her son, Barack Hussein Obama, II was born on August 4, 1961, Stanley Ann Dunham was 6,823 days or 18.69 years old. In so much as §1401(g) in 1961 required that the United States citizen parent must have been a U.S. Citizen for five years "after attaining the age of fourteen years", i.e., nineteen (19) years old, Obama <u>cannot</u> qualify for U.S. Citizenship under §1401(g) as his mother was <u>less</u> than nineteen (19) when Obama was born.

8.       Obama's father was <u>not</u> a United States citizen when Obama was born. In his two books, *Dreams from My Father* (1995) and *The Audacity of Hope* (2006), Obama states that his father was Barack Hussein Obama, Senior, and that he was a British subject at the time Obama was born.

9.       In an attempt to demonstrate that he is a citizen of the United States by being born <u>in</u> the United States, Obama has <u>only</u> released two putative "Certificates of Live Birth" ("COLB") from the State of Hawaii. Expert document examiners have examined copies of each of the COLBs and found significant indications of forgery raising the very real specter that Obama was <u>not</u> born in the United States and thus is <u>not</u> a United States Citizen.

10.      As to Obama's Short Form COLB, a copy of which is attached hereto as Exhibit "B", the following anomaly is present: The text in the image bears the signs of being graphically altered

after the image had been created. Specifically, given that the text in the Short Form COLB is printed on a green background, there should be green dots, or pixels, visible in between the black letters that comprise the text. Yet there is a total <u>absence</u> of any green pixels. In their place, there are gray and white pixels. These pixel patterns are significant because they would never be found in a genuine color document scan.

      11.    As to Obama's Long Form COLB, a copy of which is attached as Exhibit "C", the following anomalies are present:

      a.    The Hawaiian State seal on the COLB is the wrong size.

      b.    The hand-stamped State Seal on the two "certified" copies of the COLB are in exactly the same location, an improbable event.

      c.    The COLB has two different type of scans contained in it, binary and grayscale, an impossibility in one scanned object.

      d.    The parallax of the type reveals that there has been tampering. For example, on the COLB: "the word *Name* drops down 2 pixels, but the typed hospital name, *Kapiolani*, does not drop down at all, and again the line just below drops down 2 pixels, but not the name *Kapiolani*."

      e.    There is white "haloing" around all the type on the form, an indication of tampering with the image.

      f.    The typewritten letters were "cut" and "pasted" into place.

      g.    The "Bates Stamped" sequential number is out of sequence.

      h.    There are two different colors in Box 20 and Box 22, an impossibility on an originally scanned document.

      i.    The Rubber Stamp contains an "X" rather than an "H" in the work "the" when other contemporaneous COLBs with the same stamp do not contain the "X".

      j.    There are nine "layers" to the Adobe Portable Document File COLB, an indication of a forgery.

      k.    The typewritten letters change size and shape, an impossibility on 1961

typewriters.

l.      Even a teenager can see that the long form COLB is a forgery. *See*: "Obama Birth Certificate Faked In Adobe Illustrator – Youtube – 14 year old's analysis".[1]

12.      Additionally, other relevant documentary evidence which would qualify as "ancient documents" under Rule 901(b)(8), Federal Rules of Evidence, are publically available (or readily obtainable through this Court's compulsory process) which lend credence to the significant concern that Obama: (i) is not who he says he is and (ii) was not born in the United States:

a.      Obama has refused to release copies of his college applications and transcripts from Occidental College, Columbia University and Harvard Law – each of which would provide relevant evidence of Obama's name, place of birth and citizenship as such documents regularly solicit that information.

b.      Obama has refused to permit release of his U.S. Passport application. That application requires proof of U.S. citizenship as part of the application process.

c.      In 1991 Obama's then-literary agency, Acton & Dystel, published a booklet, which was distributed to the publishing industry. The booklet includes a brief biography of Obama among the biographies of eighty-nine other authors represented by Acton & Dystel. Along with other factually accurate information about Obama, that biography lists Obama's place of birth as: Kenya. A copy of that biography is attached hereto as Exhibit "D".

d.      In 2010, Obama posted online on "WhiteHouse.gov" his 2009 tax returns and thus his Social Security number – 042-xx-xxx – became visible to the public. Social Security numbers starting with "042" were issued only to those residing in Connecticut.[2] A SS-5 application for a Social Security number for a man who received a number close in sequence to Obama's number is attached hereto as Exhibit "E". It shows that basic information including "Place of Birth" is required. When Obama's Social Security number was issued, *circa* 1977, Obama was living in Hawaii and if he had at that time applied for his Social Security number it should have started with "575", "576", "750" or "751"[3], not "042".

d.      A publically released copy of Obama's Selective Service registration form SS-

---

[1]      Viewable at: http://www.youtube.com/watch?v=7s9StxsFllY&feature=youtu.be

[2]      Retrieved from: http://socialsecuritynumerology.com

[3]      Retrieved from: http://socialsecuritynumerology.com

1 is attached hereto as Exhibit "F". Noteworthy is the cancellation date-stamp by the Post Office bears the anomaly of a year date "80" when contemporary cancellation stamps all show "1980" as the year as detailed in Exhibit "G". A detailed explanation of this anomaly – which might well be the year "2008" with the "20" removed and the "08" inverted to make it appear it was stamped in "1980" – can be viewed on-line.[4] Obviously, failure to timely register with the Selective Service precludes as a matter-of-law Obama's employment as President. *See:* 5 USC § 3328(a).

13.    Regardless of the authenticity of the COLBs, one fact is indisputable: Obama's Father was never a United States Citizen. Sibley assumes solely for the sake of argument here that Obama's COLBs are genuine and that Obama was born in the State of Hawaii, on August 4, 1961, to Stanley Ann Dunham, a citizen of the United States and Barrack Hussein Obama, Senior.

14.    At the time of Obama's birth in 1962, his Father was British subject admitted into the United States on a temporary student visa, with the express condition that he was a "non-immigrant student". Obama's Father never became a U.S. citizen; never applied for U.S. citizenship; never declared an intention to become a U.S. citizen; and never became a resident alien. Accordingly, *a priori*, Obama is not a "natural born Citizen" as required to be eligible to be President of the United States under Article II, §1, clause 5 of the U.S. Constitution as he is not the child of two United States citizen parents.

15.    The phrase "natural born Citizen" is an 18th Century legal-term-of-art with a definite meaning well known to the Framers of the Constitution. At the time of the adoption of the Constitution, that phrase was defined as: "The natives, or natural-born citizens, are those born in the country, of parents who are citizens." (*The Law of Nations*, Emerich de Vattel, 1758, Chapter 19, § 212). Notably, there are two requirements: (i) born in the United States and (ii) of two parents,

---

[4]    See:
http://www.westernjournalism.com/sheriff-joe-arpaio-cold-case-po
sse-video-on-obama-selective-service-fraud/

6

both of whom must be United States citizens. Clearly, Obama fails to qualify for this level of citizenship and thus is ineligible to be President.

16.     Significantly, Congress exercised its authority to expand beyond de Vattel's definition of "natural born Citizen" in the Act of 1790, stating: "**the children of citizens of the United States**, that may be born beyond sea, or out of the limits of the United States, shall be considered as **natural-born citizens**: Provided, that the right of citizenship shall not descend to persons whose fathers have never been  resident in the United States." 1 Stat. 104. (Emphasis added).  Thus, until the act of 1790 was replaced by subsequent statutes regarding citizenship, if both parents were citizens, then the place of birth was immaterial and the resulting offspring was a "natural born Citizen" and thus eligible to be President.  Notably, Congress subsequently removed the legal-term-of-art "natural born Citizen" from all citizenship statutes post-1790 and now solely confers "citizenship".  *See*: 8 U.S.C. §1401 – "Nationals and citizens of the United States at birth", *supra*.

17.     Moreover, Obama is not a "natural-born Citizen" of the United States as defined by the United States Supreme Court in *Minor v. Happersett*, 88 U.S. 162 (1874):

> The Constitution does not, in words, say who shall be natural-born citizens. Resort must be had elsewhere to ascertain that. At common-law, with the nomenclature of which the framers of the Constitution were familiar, it was never doubted that all children born in a country of **parents who were its citizens** became themselves, upon their birth, citizens also. These were natives, or **natural-born citizens**, as distinguished from aliens or foreigners.

*Minor v. Happersett* at 168 (Emphasis added).  Therefore, the "natural-born Citizen" clause only pertains to a requirement for holding the highest public office, that of President and requires both parents to be U.S. Citizens.  Thus, as a matter of law, Obama is ineligible to be President as his Father was not a U.S. Citizen.

18.     On November 26, 2011, Sibley requested Eric H. Holder, Jr. as U.S. Attorney General

and Ronald C. Machen Jr. as United States Attorney for the District of Columbia to institute *Quo*

*Warranto* proceeding against Obama. See Exhibit "H" attached hereto.  Significantly, in that letter

Sibley stated: "Accordingly, I have confidence you will respond by January 2, 2012, to this letter and

I will take your silence after that date to be an expression of refusal to institute the requested quo

warranto proceeding."   To date, Sibley has not received a response to the November 26th letter, thus

confirming Holder and Machen's respective refusals to file such a suit. Accordingly, this Court must

hold under its equitable jurisdiction that under the express language of the November 26th letter and

the doctrine of *qui tacet consentire vidétur*, Holder and Machen have "refused" to file a quo warranto

action and thus Sibley is a "person interested" under D.C. Code, Division II, Title 16, §3503.  See

1 Story, *Commentaries on Equity Jurisprudence as Administered in England,* §§ 588-591.  To hold

otherwise would make this Court party to a new rule of procedure which would allow the Executive

to extinguish the express right granted under §3503 to the People by Congress by refusing to

"refuse". Such a result eviscerates the *quo warranto* rights vested in Sibley as a "person interested"

as defined by §3503.

19.     Sibley is well aware of this Court's June 6, 2012, ruling in *Sibley v. Obama*, Case

No.:12-cv-00001(JDB)("*Sibley v. Obama I*") and the mandates of Rule 11, Federal Rules of Civil

Procedure.  Accordingly, Sibley makes the following points:

a.      Sibley now has standing to challenge Obama's recent November 6, 2012,

election to the Office of President. In this Court's June 6th Order, the Court held: "Since Sibley was

not a candidate in the 2008 presidential election, the injury he faces from President Obama's current

tenure in office is generalized. . . .The Court will dismiss plaintiff's claim for lack of standing,

8

because the defect of standing is a defect in subject matter jurisdiction." (June 6, 2012 order, p. 4).

In the instant suit, Sibley <u>was</u> a candidate in the 2012 presidential election and as such has standing

to bring this claim.

   b. As such, the Court's subsequent – though not comprehensive – discussion of

the other issues raised in *Sibley v. Obama I* are nothing more than *obiter dicta* and thus due to be

<u>ignored</u> as not qualifying for *stare decisis*.  See: *Humphrey's Executor v. United States,* 295 U.S.

602, 626-627 (1935)("In the course of the opinion of the court, expressions occur which tend to

sustain the government's contention, but these are beyond the point involved and, therefore, do not

come within the rule of *stare decisis*.")

   c. As to this Court's *obiter dicta* regarding "ripeness", this Court gratuitously

volunteered: "Plaintiff has cited no law to support his assertion that a lack of response in this context

should be considered a refusal. Since the refusal condition of D.C. Code §16-3503 has not been met,

plaintiffs quo warranto petition is not ripe." (June 6, 2012 order, p. 4).  Under such reasoning, by

refusing to "refuse", the Attorney General could prevent the Congressionally-granted right of an

"interested person" to proceed *ex relator* the United States from <u>ever</u> being allowed to proceed.

Plainly, Congress does <u>not</u> grant such Potemkin-village rights to the Citizens of these United States.

   d. Second, this Court's *obiter dicta* that only the Attorney General "has standing

to bring a quo warranto action challenging a public official's right to hold office" <u>ignores</u> the plain

language of D.C. Code, Division II, Title 16, §3503 which expressly authorizes an "interested

person" to bring a *quo warranto* action. (June 6, 2012 order, p. 4). That section states: "If the

Attorney General or United States attorney refuses to institute a quo warranto proceeding on the

request of a person interested, the **interested person may apply to the court by certified petition**

**for leave to have the writ issued**." (Emphasis added). Moreover, the propriety of an "interested person" seeking such a writ was confirmed in *Newman v. United States ex Rel. Frizzell*, 238 U.S. 537 (1915), a case which has superceding precedential value over *Andrade v. Lauer*, 729 F.2d 1475, 1498 (D.C. Cir. 1984) cited by this Court.

        e.     Third, this Court's *obiter dicta* that "The separation of powers doctrine expressed in the Constitution places the duty to select and remove the President not with individual citizens, but rather with the Electoral College and with the Congress, respectively. See U.S. Const. art. II, §§1, 4; *id.* amend. XII" <u>ignores</u> the basic issue. First, this is <u>not</u> an issue of removal, but of <u>qualification</u> for the office of President for the term commencing January 20, 2013. Second, Article II, §§1 & 4 do **not** speak to the issue of judging the qualification of an individual to be President. Third, there is <u>no</u> "Electoral College" but only "electors" designated by the Twelfth Amendment which only provides that: (i) on a day specified by Congress, the electors meet in their respective states and vote for President, (ii) the votes are not officially tallied on that date, however; they are transmitted from the states to the nation's Capitol, where they are counted before the assembled Congress, (iii) the person receiving a majority of electoral votes is elected President. Notably, <u>no</u> power is vested in the "electors" <u>but</u> to vote.

        f.     Finally, this Court's *obiter dicta* citation to *Kerchner v. Obama*, 612 F.3d 204, 207 (3rd Cir. 2010) and *Barnett v. Obama*, 2009 U.S. Dist. LEXIS 101206, at \*40, \*48 (C.D. Cal. 2009) as authority for any proposition allowing this Court to ignore its Congressionally-placed duty is intellectually irresponsible. In *Kerchner*, the Court singular ruling was: "The District Court concluded that Appellants lacked Article III standing. *See Kerchner v. Obama*, 669 F. Supp. 2d 477, 479 (D.N.J. 2009). We agree." <u>Nowhere</u> in *Kerchner* does the Third Circuit address their

10

jurisdiction to grant the relief sought. In *Barnett*, the district court dismissed Barnett's *quo warranto* demand for improper venue stating: "The writ of quo warranto must be brought within the District of Columbia because President Obama holds office within that district. . . . D.C. Code §§ 16-3501 - 16-3503. Should a person other than the Attorney General of the United States or the United States Attorney wish to bring a quo warranto claim, that person must receive leave of court to do so. *Id.* at § 16-3502. This leave of court must be granted, according to the text of the statute, by the District Court for the District of Columbia." *Id.* at *50. Hence, *Barnett* expressly stands for the proposition that Sibley is in the right court with the proper standing to bring this *quo warranto* claim.

## RELIEF REQUESTED

WHEREFORE, Sibley requests that this Court:

A.    Assume jurisdiction of this petition as authorized by Congress;

B.    Issue to Obama an order to show cause requiring him to show by what warrant he holds and will hold again the public office of President of the United States given the sworn allegations contained herein that Obama is neither: (i) a United States Citizen nor (ii) a "natural born Citizen", both of which are conditions precedent to holding the office of President of the United States according to Article II, §1, of the U.S. Constitution which is "the supreme Law of the Land" according to Article VI, §2, of the U.S. Constitution;

C.    Refer, as was done in *Newman v. United States ex Rel. Frizzell*, to a jury all issues of fact and law raised herein;

D.    Retain jurisdiction of this matter to enforce its writ if necessary; and

E.    Enter such other and further relief as the Court deems just and proper.

11

## Jury Trial Requested

Sibley requests a jury be empaneled to determine the issues of facts, including without limitation, whether Sibley is an "interested person", and the law raised herein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 12, 2012.

<div style="margin-left: 40%;">

**Montgomery Blair Sibley**
**Petitioner**
4000 Massachusetts Ave, NW, #1518
Washington, D.C. 20016
Voice/Fax: 202-478-0371

By: _____
Montgomery Blair Sibley

</div>