**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *EX RELATOR,* MONTGOMERY BLAIR SIBLEY,<br><br>  Petitioner,<br><br>v.<br><br>BARACK HUSSEIN OBAMA, II,<br><br>  Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 12-cv-01832 (RC)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF RELATED CASE**

Respondent hereby submits this Notice of Related Case pursuant to LCvR 40.5(b)(3).

1. LCvR 40.5(a)(4) provides that "cases whether criminal or civil … shall be deemed related where a case is dismissed, with prejudice or without, and a second case is filed involving the same parties and relating to the same subject matter."

2. On January 3, 2012, Mr. Sibley filed a complaint in this Court requesting a writ of quo warranto directed to the President and targeted at questioning the President's eligibility to hold his office.  *Sibley v. Obama*, No. 12-cv-00001-JDB.  Mr. Sibley asserted, among other things, that President Obama was improperly exercising authority of the presidency in violation of the Constitution's natural born citizen requirement. The defendant was President Barack Obama.  Plaintiff also asserted other claims against other federal officials.  These claims related to Mr. Sibley's access to the courts.

3. On November 13, 2012, the same plaintiff filed the original petition in this action. The complaint in this action asserted a request for a writ of quo warranto directed to the President and targeted at questioning the President's eligibility to hold his office.

4. Petitioner did not file, in the present action, a notice of related case regarding *Sibley v. Obama*, No. 12-cv-00001-JDB.

5. The prior case was dismissed by Judge Bates on June 6, 2012. *Sibley v. Obama*, 866 F. Supp. 2d 17 (D.D.C. 2012) (JDB). Mr. Sibley has appealed this decision and the appeal is currently pending before the D.C. Circuit. *See Sibley v. Obama*, No. 12-5198 (D.C. Cir.).

6. With the exception of four defendants in the prior action, who are not named in this action (and who previously were defendants for claims other than the quo warranto claims against the President), the parties in the two actions — Mr. Sibley and the President — are the same. *See Hardy v. Shuren*, No. 11-cv-01739, Order [Dkt. #23] (D.D.C. Apr. 16, 2012) (designating previously terminated action and current action as related despite imperfect match between parties); *Collins v. Pension Benefit Guar. Corp.*, 126 F.R.D. 3 (D.D.C. 1989) (holding that cases were "related" under language of 40.5(a)(4) where first case involved a plaintiff class and defendant A, and second case involved certain members of the class as plaintiffs and defendants A and B); *cf. Judicial Watch, Inc. v. Rossotti*, No. 02-928 (RCL), 2002 WL 31100839, at *1 (D.D.C. Aug. 2, 2002) (holding that cases involving apparently different defendants were not related, at least where second case was filed after dismissal of first case).

7. A case is "related" to an earlier-filed case if the later-filed case has a "direct factual nexus … to the central allegations of the primary case." *Tripp v. Exec. Office of the*

*President*, 196 F.R.D. 201, 202-03 (D.D.C. 2000).  This is the case here, where the claim is essentially identical to the prior claim.  Indeed, the only arguable factual distinctions are that (1) Petitioner now claims to be an erstwhile candidate for the office of President of the United States, and (2) Petitioner appears to be seeking a writ of quo warranto against the President for purposes of his second term rather than the first.  The central allegations — that the President is somehow ineligible to hold office — are identical.

| | |
|---|---|
| Dated: December 4, 2012 | Respectfully submitted, |
| | STUART F. DELERY<br>Principal Deputy Assistant Attorney General |
| | RONALD C. MACHEN, JR.<br>United States Attorney |
| | ELIZABETH J. SHAPIRO<br>Deputy Branch Director |
| |     *s/ Brigham J. Bowen*<br>BRIGHAM J. BOWEN (D.C. Bar No. 981555)<br>Civil Division, U.S. Department of Justice<br>Federal Programs Branch<br>P.O. Box 883, 20 Massachusetts Ave., N.W.<br>Washington, D.C. 20044<br>Ph.   (202) 514-6289<br>Fax   (202) 616-8470<br>brigham.bowen@usdoj.gov |
| | *Counsel for Respondent* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 4th Day of December, 2012, I caused a true and correct copy of the foregoing notice to be served upon Petitioner by first class United States mail, postage prepaid marked for delivery to:

**Montgomery Blair Sibley**
**4000 Massachusetts Ave. NW #1518**
**Washington, DC 20016**

　　　　　　　　　　　　　　　　　　　　　　　*s/ Brigham J. Bowen*
　　　　　　　　　　　　　　　　　　　　　　　Brigham J. Bowen